SMITH, APPELLANT, *v.* JOHNSON, WARDEN, APPELLEE.

[Cite as *Smith v. Johnson,* 135 Ohio St.3d 250, 2013-Ohio-403.]

*Habeas corpus—Adequate remedy in ordinary course of law—Writ denied.*

(No. 2012-1747—Submitted February 6, 2013—Decided February 14, 2013.)

APPEAL from the Court of Appeals for Madison County, No. CA2012-08-018.

————————

**Per Curiam.**

**{¶ 1}** We affirm the judgment of the court of appeals granting the motion of appellee, Madison Correctional Institution Warden Rod B. Johnson, and dismissing the petition of appellant, James Smith, for a writ of habeas corpus. Smith's claims of a speedy-trial violation and a defective jury-verdict form are not cognizable in habeas corpus, and he had an adequate remedy by appeal to raise them. *See State ex rel. Hart v. Turner*, 132 Ohio St.3d 479, 2012-Ohio-3305, 974 N.E.2d 87; *State ex rel. Harsh v. Sheets*, 132 Ohio St.3d 198, 2012-Ohio-2368, 970 N.E.2d 926, ¶ 3; *Smith v. Smith*, 123 Ohio St.3d 145, 2009-Ohio-4691, 914 N.E.2d 1036.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

————————

James Smith, pro se.

Michael DeWine, Attorney General, and William H. Lamb, Assistant Attorney General, for appellee.

————————